# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 12-1434 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Mark Miles, the Trustee for the Madelyn E. Miles Revocable Living Trust; James Aanerud, the Minnesota Department of Revenue; Grant County, | |
| Defendants. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: June 18, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge